AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## District of South Dakota
### Southern Division

| | |
|---|---|
| United States of America<br>v.<br><br>__Andrew James Houtsma__<br>*Defendant* | )<br>)<br>) Case No. 4:19CR40037-001<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

**Andrew James Houtsma**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation(s) of the terms and conditions of supervised release.

Date: June 2, 2022

*Signature of Judge*

Karen E. Schreier, United States District Judge,
*Name and Title of Judge*

---

**Return**

This warrant was received on (date) 6-2-2022, and the person was arrested on (date) 6-2-2022
at (city and state) Sioux City, IA.
Date: 6-8-2022

*Arresting officer's signature*

Robert Kelly DUSM
*Printed name and title*

cc: USM - clr

[RECEIVED U.S. MARSHAL SIOUX FALLS, SD 2022 JUN -2 PM 12:3_]